IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANTHONY L. JOSEPH, #201467**                                                                    **PLAINTIFF**

v.                                                    **CAUSE NO. 1:18-cv-203-LG-RHW**

**STATE OF MISSISSIPPI**                                                                        **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED** this the 16th day of October, 2018.

                                                                s/ *Louis Guirola, Jr.*
                                                                 LOUIS GUIROLA, JR.
                                                                 UNITED STATES DISTRICT JUDGE